No. 88–620. BADDOUR, INC. v. NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied.

No. 88–634. KRUGMAN v. PALMER COLLEGE OF CHIROPRACTIC ET AL. Sup. Ct. Iowa. Certiorari denied.

No. 88–5031. QUINTANA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 88–5089. GAITAN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 88–5151. WHALEY v. RODRIGUEZ, CHAIRMAN, NEW YORK BOARD OF PAROLE. C. A. 2d Cir. Certiorari denied.

No. 88–5166. WASHINGTON v. ELECTRICAL JOINT APPRENTICESHIP AND TRAINING COMMITTEE OF NORTHERN INDIANA. C. A. 7th Cir. Certiorari denied.

No. 88–5267. JOHNSON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 88–5286. ALLEN ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 88–5349. ANDERSON v. DEPARTMENT OF DEFENSE ET AL. C. A. D. C. Cir. Certiorari denied.

No. 88–5470. BROWN v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 88–5483. GILLEY v. TEXAS. Ct. App. Tex., 11th Dist. Certiorari denied.

No. 88–5488. DE YOUNG v. NELSON ET AL. C. A. 8th Cir. Certiorari denied.

No. 88–5489. DE YOUNG v. O'BRIEN. C. A. 8th Cir. Certiorari denied.

No. 88–5491. CROSS v. MORGAN ET AL. C. A. 6th Cir. Certiorari denied.